No. 05–8706. HURT *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 05–8711. MONTALVO-NUNEZ *v.* UNITED STATES; LOPEZ-GUZMAN *v.* UNITED STATES; SALINAS *v.* UNITED STATES; and TAPIA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–8712. PEREZ-TAPIA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 05–8714. SANTIBANEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–8720. ANDREWS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–8721. ARELLANO *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–8723. BALKAM *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 05–8725. BECK *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 05–8726. BURMAN *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 05–8727. BROWN *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 05–8730. MEACHUM *v.* STINE, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 05–8734. BAILEY *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–8735. BELL *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–8737. CALDERILLA-REGALADO *v.* UNITED STATES CASTORENA-RAMIREZ *v.* UNITED STATES; CHAVEZ-GONZALEZ *v.* UNITED STATES FLORES, AKA CERVANTES-MARTINEZ *v.* UNITED

STATES FLORES-MARTINEZ v. UNITED
STATES HERNANDEZ-GARCIA v. UNITED
STATES; IBARRA-ARELLANO v. UNITED STATES; MARTINEZ-
MORALES, AKA MALDONADO, AKA MARTINEZ v. UNITED STATES;
POMPA-ESTRADA v. UNITED STATES; RUIZ-LEVARIO, AKA RUIZ v.
UNITED STATES; SANCHEZ-CHAPARRO v. UNITED STATES 
 and GALICIA-PENA v. UNITED STATES 
 C. A. 5th Cir. Certiorari denied.

No. 05–8740. DAVENPORT v. UNITED STATES. C. A. 7th Cir.
Certiorari denied. 

No. 05–8741. CORCINO-RAMIREZ v. UNITED STATES. C. A. 1st
Cir. Certiorari denied.

No. 05–8742. CRENSHAW v. UNITED STATES. C. A. 7th Cir.
Certiorari denied.

No. 05–8745. BAUTISTA-SANCHEZ v. UNITED STATES. C. A.
5th Cir. Certiorari denied. 

No. 05–8748. BROWN v. UNITED STATES. C. A. 11th Cir.
Certiorari denied. 

No. 05–8754. MATEO-ESPEJO v. UNITED STATES. C. A. 1st
Cir. Certiorari denied. 

No. 05–8755. MOHAMMED v. UNITED STATES. C. A. 10th Cir.
Certiorari denied. 

No. 05–8759. TODD v. UNITED STATES. C. A. 11th Cir. Cer-
tiorari denied. 

No. 05–8760. FOREMAN v. UNITED STATES. C. A. 11th Cir.
Certiorari denied. 

No. 05–8762. MONTGOMERY v. UNITED STATES. C. A. 5th Cir.
Certiorari denied. 

No. 05–8763. AMERI v. UNITED STATES. C. A. 8th Cir. Cer-
tiorari denied. 

No. 05–8764. AHERN v. UNITED STATES. C. A. 1st Cir. Cer-
tiorari denied.

No. 05–8765. BARNETTE v. UNITED STATES. C. A. 4th Cir.
Certiorari denied.